# Daniel Geller, Esq.
## Attorney-at-Law
525 West 49th Street, Suite 2C
New York, NY 10019
Tel: (310) 990-3682
Fax: (917) 591-5041
daniel@danielgeller.com

Hon. Gary L. Sharpe, Chief U.S. District Judge, Room 441
Hon. Christian F. Hummel, U.S. Magistrate Judge, Room 112
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

August 15, 2013

Re: **Meanwell v. Hankle** *et al.*, **Northern District of New York, 1:13-CV-0624 (GLS/CFH).**

Your Honor,

I am writing to respectfully request a short adjournment of the Fed. R. Civ. P. 26(f) conference in the above matter. The deadline for said conference is Tuesday, August 20, 2013, which is 21 days before the Rule 16 scheduling Conference.

Due to scheduling conflicts, I am unable to attend the meeting, and would have to appear by telephone. However, more importantly, Ms. Meanwell is about to retain new counsel and I respectfully request an adjournment for one week, to allow Ms. Meanwell to instruct new counsel in time for the Rule 26(f) conference. I have notified counsel in this case, who consent to a brief adjournment.

Lastly, may I kindly request that the Court send this letter to the *pro se* defendants by mail. There are currently orders of protection in place in relation to another pending matter involving Ms. Meanwell, prohibiting even third-party contact with Jason Bump and Mary Bump. Given the history between Ms. Meanwell and all of the *pro se* defendants, I believe that it would be prudent to err on the side of caution, and have the Court send this correspondence to Jason Bump, Mary Bump, and Jacqueline Hankle. Thank You.

Respectfully Yours,

Daniel Geller
Attorney for the Plaintiff

Cc:    Colleen D. Galligan, Esq.
       Attorney for James Leonard and Benedict Conboy
       By E-mail:     colleen.galligan@ag.ny.gov

       Christopher J. Martin, Esq.
       Theresa B. Marangas, Esq.
       Attorneys for Ruth Supovitz, Esq.
       By E-mail:     christopher.martin@wilsonelser.com
                      theresa.marangas@wilsonelser.com

       Jacqueline Hankle
       By Mail

       Jason Bump
       By Mail

       Mary Bump
       By Mail