# KEITH F. SCHOCKMEL

Attorney at Law

---

4 Atrium Drive, Suite 290
Albany, New York 12205
Tel. (518) 435-9360
Fax (518) 435-9460

August 22, 2013

Honorable Christian F. Hummel
United States Magistrate Judge
United States District Court
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

**ELECTRONICALLY FILED**

      Re:   *Meanwell v. Hankle, et al.*
           NDNY
           13-cv-0624 (GLS/CFH)

Dear Judge Hummel:

      I have been retained by plaintiff in this matter today, and have filed a Substitution of Counsel and Notice of Appearance. While these documents will be forwarded to counsel for some defendants via the Court's CM-ECF system, it is my understanding that other defendants are appearing *pro se*. As I do not have addresses for these defendants, I have been unable to notify them. I would be most appreciative if the Court could provide me with contact information.

      Thank you for your consideration.

Respectfully,

/s/

Keith F. Schockmel

KFS/Meanwell/correspondence