# KEITH F. SCHOCKMEL
Attorney at Law
_____

4 Atrium Drive, Suite 290<br>
Albany, New York  12205<br>
Tel. (518) 435-9360<br>
Fax (518) 435-9460

May 6, 2014

Honorable Christian F. Hummel  
United States Magistrate Judge  
United States District Court                    **ELECTRONICALLY FILED**  
James T. Foley U.S. Courthouse  
445 Broadway  
Albany, New York 12207  

Re:   *Meanwell v. Hankle, et al.*  
         13-cv-0624 (GLS/CFH)

Dear Judge Hummel:

   Please consider this letter a request to withdraw as counsel for plaintiff in this matter, Louise Meanwell.  Ms. Meanwell and I have discussed the issue fully, and we are in agreement that my withdrawal would be in her best interest.  She advises me that she is in the process of selecting counsel in the New York City area to represent her in this action; however, she has not yet retained an attorney.  Thus, I cannot provide the court with a substitution of attorney at this time.  Nevertheless, I respectfully request, with Ms. Meanwell's concurrence, to be immediately relieved as counsel of record for plaintiff.

   On her behalf, I would further request a short extension (six weeks) of the pretrial scheduling order deadlines to allow her to substitute counsel and bring that individual up to speed.  In the interim, pending designation of her new attorney, Ms. Meanwell requests that all correspondence in this matter be directed to her through her attorney in a criminal matter, Lawrence LeBrew, 160 Broadway, Suite 600, New York, New York 10038, email [labrewlaw@gmail.com](mailto:labrewlaw@gmail.com) (it is my understanding there are orders of protection among the parties, and thus Miss Meanwell is hesitant to interact with defendants directly).

   Thank you for your consideration.

Respectfully,<br><br>
/s/<br>
Keith F. Schockmel

KFS/Meanwell/correspondence

Honorable Christian F. Hummel
Meanwell v. Hankle, et al.
May 6, 2014
Page 2

cc:     Louise Meanwell (via email)
        Colleen Galligan, Esq. (via CM-ECF)
        Christopher Martin, Esq. (via CM-ECF)
        Jacqueline Hankle (mamahankle1@yahoo.com)
        Mary Bump (mmbump@aol.com)
        Jason Bump (jaymbump@gmail.com)