# KEITH F. SCHOCKMEL

Attorney at Law
_____

4 Atrium Drive, Suite 290
Albany, New York 12205
Tel. (518) 435-9360
Fax (518) 435-9460

May 20, 2014

Honorable Christian F. Hummel
United States Magistrate Judge
United States District Court         **ELECTRONICALLY FILED**
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re:   *Meanwell v. Hankle, et al.*
      13-cv-0624 (GLS/CFH)

Dear Judge Hummel:

    I have been notified by Louise Meanwell, plaintiff in this matter, that she has discharged me as her attorney. In light of that development, I write to inquire whether this court still wishes my presence for a pre-motion conference. If the court does still wish my presence, I would respectfully request a brief adjournment, as I will be out of the state on May 27.

    Thank you for your consideration.

Respectfully,

/s/
Keith F. Schockmel

KFS/Meanwell/correspondence


cc:   Louise Meanwell (via email)
      Colleen Galligan, Esq. (via CM-ECF)
      Christopher Martin, Esq. (via CM-ECF)
      Jacqueline Hankle (mamahankle1@yahoo.com)
      Mary Bump (mmbump@aol.com)
      Jason Bump (jaymbump@gmail.com)