# KEITH F. SCHOCKMEL

Attorney at Law
_____

4 Atrium Drive, Suite 290  
Albany, New York  12205  
Tel. (518) 435-9360  
Fax (518) 435-9460

June 2, 2014

Honorable Christian F. Hummel  
United States Magistrate Judge  
United States District Court        **ELECTRONICALLY FILED**  
James T. Foley U.S. Courthouse  
445 Broadway  
Albany, New York 12207

      Re:    *Meanwell v. Hankle, et al.*  
              13-cv-0624 (GLS/CFH)

Dear Judge Hummel:

     Louise Meanwell, plaintiff in this matter, has apprised me that she is scheduled for a neurologist appointment on June 5, 2014, and that, additionally, she has no means of transportation from her home in New Jersey to Albany.  She therefore respectfully requests that she be permitted to attend the June 5 appearance telephonically.

     Thank you for your consideration.

                                                Respectfully,

                                                /s/  
                                                Keith F. Schockmel

KFS/Meanwell/correspondence


cc:    Louise Meanwell (via email)  
        Colleen Galligan, Esq. (via CM-ECF)  
        Christopher Martin, Esq. (via CM-ECF)  
        Jacqueline Hankle (mamahankle1@yahoo.com)  
        Mary Bump (mmbump@aol.com)  
        Jason Bump (jaymbump@gmail.com)