# KEITH F. SCHOCKMEL
Attorney at Law

_____

4 Atrium Drive, Suite 290
Albany, New York  12205
Tel. (518) 435-9360
Fax (518) 435-9460

June 3, 2014

Honorable Christian F. Hummel
United States Magistrate Judge
United States District Court           **ELECTRONICALLY FILED**
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

Re:  *Meanwell v. Hankle, et al.*
     13-cv-0624 (GLS/CFH)

Dear Judge Hummel:

I received from Louise Meanwell, plaintiff in this action, the following email at 11:05 a.m. today:

```
Keith;

What do you think I should do? I cannot get to Albany NY. I do not own
a car, my mother is away on business, I live 175 miles away. I cannot
afford a flight (I am not allowed to fly anyhow due to the ankle
monitor I am wearing).... There is no public transportation from where
I live close by. Even if I were able to do it. There is no way that I
could be in Albany NY for 9a.m. I would have to catch a bus from to NYC
then a train to Albany which would take 5.5 hours and I also do not
have the funds for that. Do you have any thoughts? I also have to gain
permission to be out of my geographical area from a number of different
entities/individuals due to my other situation. What do you think we
should do? Could we possibly adjourn it? My mother will be back on
Saturday. Any day other than June 24th as I have a hearing in NYC that
day.

Please let me know.

Louise.
```

In light of the above, I respectfully request an adjournment to allow her to attend.

Honorable Christian F. Hummel
Meanwell v. Hankle, et al.
June 3, 2014
Page 2

    Thank you for your consideration.

                                                  Respectfully,

                                                  /s/
                                                  Keith F. Schockmel

KFS/Meanwell/correspondence


cc:      Louise Meanwell (via email)
          Colleen Galligan, Esq. (via CM-ECF)
          Christopher Martin, Esq. (via CM-ECF)
          Jacqueline Hankle (mamahankle1@yahoo.com)
          Mary Bump (mmbump@aol.com)
          Jason Bump (jaymbump@gmail.com)