August 7, 2014

Honorable Christian F. Hummle
United States Magistrate Judge
United States District Court

RE: Meanwell v. Hankle, et al.
    13-cv-0624 (GLS/CFH)

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

AUG 1 1 2014

LAWRENCE K. BAERMAN, CLERK
ALBANY

Dear Judge Hummel:

I respectfully request that the Court permit me to join in the *Motion to Dismiss the above referenced case* submitted by or to be submitted by Attorneys Colleen D. Galligan and/or Attorney Theresa B. Marangas. I appreciate your consideration in this matter.

Sincerely,

*[signature: Mary Bump]*

Mary Bump
38 Penny Lane
Averill Park N.Y.
12018

Cc: Colleen Galligan, Esq. (via email), Christopher J. Martin, Esq. (via email), Theresa B. Marangas Jason Bump (via email), Mary Bump (via email)

Mary Bump
38 Penny Lane
Averill Park NY 12018

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
AUG 11 2014
LAWRENCE K. BAERMAN, CLERK
ALBANY

ALBANY NY 120
08 AUG 2014 PM 1 L

Honorable Christian F. Hummel
U. S. Magistrate Judge
445 Broadway
Albany, NY 12207