76 Westgate Drive
Annandale NJ 08801

October 5, 2014

Hon Gary L. Sharpe, Chief Magistrate Judge, Room 441
James T. Foley U.S Courthouse
445 Broadway
Albany, N.Y 12207.

Your Honor,

Subject: Meanwell v Hankle et al, Northern District of New York, 1:13-CV-0624

I am in receipt of your order dated September 19th 2014. At this juncture your honor I would like to respectfully request a "hold" or "stay" of the above named proceedings, until the completion of my pending criminal case, which is due to go to trial starting January 5th 2015 in Manhattan Supreme Court. It is also my understanding from my prior counsel, Mr. Schockmel that none of the attorneys listed on this case were opposed to a stay of the proceedings. A decision was made by Magistrate Hummel denying such request. Therefore, I am deferentially asking this court again to re-consider my request as set forth above, I would also respectfully ask for consideration that all decisions on this case be made by your honor and not the magistrate assigned to this case, due to a conflict of interest or a possible appearance of impropriety with the assigned Magistrate Hummel. The named assigned magistrate has presided over prior family court proceedings (which are an integral part of this litigation) between myself and defendant Jason M. Bump and actually on one occasion has issued myself an "Order of Protection" against the said defendant due to his acts of domestic violence.

Also, I have been advised by my lead attorney Lawrence P. LaBrew and the court, that I not correspond with named defendant's Jason and Mary Bump due to TRO's that are currently in place and both named being on the prosecution's witness list.

Respectfully yours,

Louise Meanwell
Plaintiff

Enclosure (1)
cc:   Colleen D. Galligan Esq-Attorney for Leonard and Conboy
      Via Email
      Theresa B. Marangas, Esq-Attorney for Ruth Supovitz
      Via Email