

October 24, 2014

**Theresa B. Marangas**
518.449.8893 (direct)
Theresa.Marangas@wilsonelser.com

Via CM/ECF

Honorable Gary L. Sharpe, Chief Judge
United States District Court
Northern District of New York

Re:   Meanwell v. Hankle, et al.
      1:13-cv-00624-GLS-CFH
      Our File No.: 07765.00170

Dear Chief Judge Sharpe:

We are in receipt of correspondence from the plaintiff (Docket No.: 85). While we deem it meritless, we write simply to acknowledge receipt, and to inquire with the Court to determine whether Your Honor would like any formal submissions to address Ms. Meanwell's correspondence.

Thank you very much for your time and consideration.

Respectfully submitted,

Wilson Elser Moskowitz Edelman & Dicker LLP
/s/ *Theresa B. Marnagas*

Theresa B. Marangas

cc:   Louise Meanwell
      76 Westgate Drive
      Annandale, NJ 08801

      Jacqueline Hankle
      7727 Route 66
      Averill Park, NY 12018

      Jason Bump
      106 Tollgate Road
      Averill Park, NY 12018

      Mary Bump
      38 Penny Lane
      Averill Park, NY 12018

      Colleen D. Galligan – Via CM/ECF

677 Broadway • Albany, NY 12207-2996 • p 518.449.8893 • f 518.449.8927

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Hartford • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami • Michigan
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com

1095964v.1