76 Westgate Drive,
Annandale NJ 08801

November 12, 2014

Hon Gary L. Sharpe Chief Judge
James T. Foley US Courthouse
445 Broadway, Room 441,
Albany, NY 12207.

Dear Your Honor,
Subject: Meanwell vs. Hankle et al 1:13-CV-0624

This letter is in response to the order you made for some of the defendants motions to dismiss, where I received papers via USPS from Attorney's Marangas and Galligan on behalf of their Ms. Supovitz and Mr. Conboy and Leonard **only**. 7 CLIENTS

At this time your honor I respectfully do not feel comfortable submitting a formal response without legal counsel representing me. I have been attempting to seek legal counsel now since July 2014, I have spoken to and approached more than 20 attorneys for such representations and they've either declined to take on the case for several different reasons or failed to respond to voicemails or emails. I have even placed an advertisement to find a lawyer. I can submit a list of the attorneys if this court so wishes as proof.

So at this point your honor, as I would like very much to respond to the above attorney's motions. But I am asking the court if possible to assign counsel to me for the pending legal matters before this court, as the case is clearly not frivolous and has merit. As a pro se plaintiff or litigant you are at a serious disadvantage when some of the defendants have legal representations. I have sent several emails requesting certain adjournments and other requests previously to Susan_Evans@nynd.uscourts.gov and no one has responded. I have also made calls and left voicemails, which my phone records and audio recordings will show and the calls have not been returned. Communications has been at issue since I have not had legal representations. I am hoping having an attorney assigned to this case will prevent this from happening again.

To note I sent a letter to Ms. Marangas last month requesting she address some major concerns of mine and she has failed to do this, which brings me to request that she withdraw herself and her firm from representing Defendant Supovitz as what was reported on her firms website could potentially make them a witness to the contents of such information that they "Wilson Elsner" made public on the worldwide web.

This is being sent to the court and copied to the parties below and not being sent to defendants Jason Bump, Mary Bump and Hankle by the advice of another judge and my attorney on those matters.

Respectfully yours,

*[signature]*
Louise Meanwell
cc:   Colleen D. Galligan Esq Attorney for Leonard and Conboy via Email
      Theresa B. Marangas, Esq Attorney for Ruth Supovitz Via USPS and Fax